**Order entered April 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01160-CV

## RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants

## V.

## MERRITT HAWKINS AND ASSOCIATES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER

We **REINSTATE** this appeal.

This is an accelerated appeal from a temporary injunction. By order dated February 14, 2019, we lifted the automatic stay imposed by section 51.014(b) of the Texas Civil Practice and Remedies Code and abated this appeal to allow the parties to conduct discovery related to the alleged violations of the temporary injunction and to allow the trial court to conduct an evidentiary hearing on appellants' motion to enforce the temporary injunction. We extended the deadline by order dated March 22, 2019.

A supplemental clerk's record has been filed containing the trial court's April 25, 2019 order denying appellants' motion to enforce the temporary injunction.

Appellee shall file its brief on the merits on or before **May 20, 2019**.

/s/     BILL WHITEHILL
        JUSTICE